196 So. 900

**Earnest CHANDLER v. STATE.**

6 Div. 544.

Court of Appeals of Alabama.
April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

---

199 So. 908

**Walter CHANDLER v. STATE.**

4 Div. 626.

Court of Appeals of Alabama.
Nov. 26, 1940.

L. C. Rowell, of Elba, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

---

199 So. 908

**Jack CHRISTIAN v. STATE.**

6 Div. 599.

Court of Appeals of Alabama.
Dec. 17, 1940.

Norman Gunn and V. H. Carmichael, both of Jasper, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

---

192 So. 912

**Son CLARK, alias, v. STATE.**

4 Div. 572.

Court of Appeals of Alabama.
Nov. 28, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed on motion of appellant.

---

199 So. 908

**Bishop CLOPTON v. STATE.**

6 Div. 645.

Court of Appeals of Alabama.
Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

---

193 So. 884

**Jake CODY v. STATE.**

8 Div. 869.

Court of Appeals of Alabama.
Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.